**United States District Court**
For the Northern District of California

**\*E-FILED: 6/8/2007\***

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARMELO TORRE, | No. C07-02682 HRL |
| Plaintiff, | **CLERK'S NOTICE RE DEADLINE FOR PLAINTIFF TO FILE EITHER CONSENT TO OR DECLINATION OF MAGISTRATE JUDGE JURISDICTION** |
| v. | |
| THE CITY OF SANTA CRUZ, CALIFORNIA, | |
| Defendant. | |

PLEASE TAKE NOTICE THAT this case has been assigned to a Magistrate Judge. **No later than June 22, 2007**, plaintiff shall file either a (1) Consent to Proceed Before a United States Magistrate Judge or (2) Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge.  (If Plaintiff did not receive copies of the forms from the clerks office upon filing the complaint, they are available from the Clerk of the Court or from the court's website at www.cand.uscourts.gov.)

Dated:   June 8, 2007

/s/
Chambers of Magistrate Judge Howard R. Lloyd

**A copy of this document will be mailed to**:

Robert Torre
P.O. Box 307
Santa Cruz, CA 95061

Dated:   6/8/07                              /s/
                              ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                              Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California

2