*E-FILED: 7/5/2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARMELO TORRE, | No. C 07-02682 HRL |
| Plaintiff, | **ORDER (1) DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED *IN FORMA PAUPERIS*; AND (2) DISMISSING COMPLAINT WITH LEAVE TO AMEND** |
| v. | |
| THE CITY OF SANTA CRUZ, CALIFORNIA, | |
| Defendant. | [Re: Docket No. 2] |

On May 21, 2007, plaintiff filed a complaint along with an application to proceed *in forma pauperis*.[1] He contests a $25 parking ticket issued by defendant City of Santa Cruz ("City"). In essence, he appears to allege that the ticket was issued in violation of his civil rights under 42 U.S.C. § 1983 because (a) he was parked in a privately owned lot and (b) the City fined him without first holding a jury trial.

Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). However, a court may deny *in forma pauperis* status under certain circumstances, including when the underlying complaint sought to be filed is frivolous or when it fails to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2); *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir 1990).

---

[1] Pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, plaintiff has expressly consented that all proceedings in this matter may be heard and finally adjudicated by the undersigned.

1  Local governments are "persons" subject to liability under 42 U.S.C. § 1983 where an
2 official policy or custom causes a constitutional tort. *See Monell v. Dep't of Social Servs.*, 436
3 U.S. 658, 690 (1978). Here, the complaint does not plead facts as to the existence of an
4 unconstitutional policy or custom which would give rise to municipal liability. Accordingly, IT
5 IS ORDERED THAT:

6  Plaintiff's application to proceed *in forma pauperis* is DENIED WITHOUT
7 PREJUDICE and the complaint is DISMISSED WITH LEAVE TO AMEND. Any amended
8 complaint shall be filed **no later than August 6, 2007**. The court will dismiss this case without
9 prejudice if a timely amended complaint is not filed.

10  IT IS SO ORDERED.

12 Dated:   July 5, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1 | A copy of this document will be mailed to:

2 | Robert Carmelo Torre
P.O. Box 307
3 | Santa Cruz, CA 95061

5 | Dated:   7/5/07                              /s/
                                    ———————————————
                                    Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California