**\*E-FILED: 8.23.2007\***

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CARMELO TORRE, | No. C07-02682 HRL |
| Plaintiff, | **CLERK'S NOTICE CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE CITY OF SANTA CRUZ, CALIFORNIA, | |
| Defendant. / | |

PLEASE TAKE NOTICE THAT the Initial Case Management Conference previously set for August 28, 2007, has been **continued to October 2, 2007, 1:30 p.m. in Courtroom 2**, 5th Floor of the United States Courthouse, 280 South First Street, San Jose, California.

Dated:   August 23, 2007

/s/
Chambers of Magistrate Judge Howard R. Lloyd

**A copy of this document will be mailed to**:

Robert Torre
P.O. Box 307
Santa Cruz, CA 95061

Dated:   08/23/07                          /s/
                           _____
                           Chambers of Magistrate Judge Lloyd