**United States District Court**

For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT CARMELO TORRE,                         No. C 07-02682 HRL

        Plaintiff,                                      **JUDGMENT**

    v.

THE CITY OF SANTA CRUZ, CALIFORNIA,

        Defendant.
_____/

    The court having dismissed plaintiff's amended complaint without leave to amend, IT IS
ORDERED, ADJUDGED AND DECREED THAT judgment of dismissal be entered and that
plaintiff take nothing by his complaint.


Dated:    September 28, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**

For the Northern District of California

1    A copy of this document will be mailed to:

2    Robert Carmelo Torre
     P.O. Box 307
3    Santa Cruz, CA 95061

4

5    Dated:   9/28/2007                    /s/
                                  _____
6                                  Chambers of Magistrate Judge Lloyd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2